# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN CASSIDY, | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 22-1102 |
| POND LEHOCKY GIORDANO, LLP, | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 7th day of June, 2022, upon consideration of Defendant's Motion to Dismiss (Doc. No. 10), it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with Judge Goldberg's Rule 12(b) Procedural Order, https://www.paed.uscourts.gov/judges-info/district-court-judges/mitchell-s-goldberg.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**