IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAUREEN CASSIDY,** | : |
| *Plaintiff,* | : CIVIL ACTION |
| v. | : No. 22-1102 |
| **POND LEHOCKY GIORDANO, LLP,** | : |
| *Defendant.* | : |

**ORDER**

**AND NOW**, this 7th day of June, 2022, upon consideration of Defendant's Motion to Dismiss (Doc. No. 10), it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with Judge Goldberg's Rule 12(b) Procedural Order, https://www.paed.uscourts.gov/judges-info/district-court-judges/mitchell-s-goldberg.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**